UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. CR17-314-RSM
Plaintiff, )
)
v. )
) DETENTION ORDER
MIGUEL CISNEROS, )
)
Defendant. )
_____)

<u>Offense charged</u>: Failure to Appear after Pretrial Release

<u>Date of Detention Hearing</u>: December 11, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant failed to appear for trial in the matter of <u>United States v Miguel Cisneros,</u> CR11-350 RSL, after being released on pretrial supervision. It was reported that

DETENTION ORDER
PAGE -1

defendant fled to Mexico. He was arrested in the Southern District of Texas after he re-entered the United States. The trial in the underlying case has been re-set for trial on February 5, 2018. He is charged with Conspiracy to Distribute Methamphetamine and Possession of Methamphetamine. Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on failures to appear, pending federal charge, revoked federal bond, and a history of failing to comply. He poses a risk of danger based on criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

///

///

///

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 11th day of December, 2017.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3