# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL CISNEROS, <br><br> Defendant. | CASE NO. CR11-350RSL; CR17-314RSL <br><br> **ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED INDICTMENTS FOR TRIAL** |

The Court has considered the (Dkt. 132) Unopposed Motion to Consolidate Related Indictments in cases CR11-350RSL and CR17-314RSL for trial, this Order, and the records and pleadings already on file. It is therefore ORDERED that the (Dkt. 132) Unopposed Motion to consolidate related indictments for trial is GRANTED. The Clerk is directed to attach a copy of the Indictment from CR17-314RSL as an Exhibit to this Order, docket it in CR11-350RSL and list the named count of Failure to Appear after Pretrial Release as count 3. Furthermore, the Clerk is directed to administratively close case CR17-314RSL. Future filings in these matters should be made in CR11-350RSL only.

///

///

///

ORDER GRANTING UNOPPOSED MOTION
TO CONSOLIDATE RELATED
INDICTMENTS FOR TRIAL - 1

1     DATED this 17th day of January, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO CONSOLIDATE RELATED
INDICTMENTS FOR TRIAL - 2